IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRIS GARCIA BARRIOS,

    Petitioner,

v.                                                      Case No. 1:26-cv-00043-JB-LF

DORA CASTRO, in her official capacity as
Warden, Otero County Processing Center;
MARY DE ANDA-YBARRA, in her
official capacity as Field Office Director of
the El Paso Field Office of Enforcement and
Removal Operations, U.S. Immigrations
and Customs Enforcement; TODD M.
LYONS, in his official capacity as Acting
Director, Immigration and Customs
Enforcement, U.S. Department of
Homeland Security; KRISTI NOEM, in her
official capacity as Secretary, U.S.
Department of Homeland Security;
PAMELA BONDI, in her official capacity
as Attorney General of the United States,

    Respondents.

**ORDER DIRECTING CLERK TO SERVE RESPONDENTS
AND FOR RESPONDENTS TO SHOW CAUSE**

THIS MATTER is before the Court on Petitioner Iris Garcia Barrios's Petition for Writ of Habeas Corpus (Doc. 1). The Rules Governing Section 2254 Cases ("Section 2254 Rules") permit district courts to "apply any or all of these rules to a habeas corpus petition not covered [under 28 U.S.C. § 2254]." SECT 2254 Rule 1(b); *see also Boutwell v. Keating*, 399 F.3d 1203, 1210–11 n.2 (10th Cir. 2005) (noting that Section 2254 Rule 1(b) grants district courts discretion to apply the Section 2254 Rules to § 2441 petitions). Section 2254 Rule 4 requires the clerk of the court to "serve a copy of the petition and any order on the respondent" once the court orders "the respondent to file an answer, motion, or other response within a fixed time." SECT 2254

Rule 4.[1] To ensure service is perfected and that the matter can be heard on the merits as soon as possible, the Court will exercise its discretion in applying Section 2254 Rule 4 to this matter.

IT IS THEREFORE ORDERED that the Clerk of the Court shall serve copies of the petition (Doc. 1) and this order by certified mail[2] upon:[3]

(1) U.S. Attorney's Office, Attn: Civil Process Clerk, 201 3rd Street NW, Suite 900, Albuquerque, NM 87102;

(2) Pamela Bondi, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001;

(3) Kristi Noem, Secretary of Homeland Security, Attn: Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528-0485;

(4) Todd Lyons, Senior Official Performing the Duties of the Director, Attn: U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900;

(5) Mary De Anda-Ybarra, Field Office Director, El Paso Field Office, Attn: U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900; and

(6) Dora Castro, Warden, Otero County Processing Center, 26 McGregor Range Road, Chaparral, NM 88081.

---

[1] Summonses are not required under Section 2554 Rule 4.

[2] The package sent to Warden Castro must be sent by certified mail, return receipt requested.

[3] Federal regulations prescribe how the Department of Homeland Security and its officials may receive service of process. *See* 6 C.F.R. § 5.42; *see also* 6 C.F.R. pt. 5, subpart C, app. A.

IT IS FURTHER ORDERED THAT Respondents shall respond to the petition and show cause why it should not be granted within ten business days of the first federal respondents' receipt of service. Petitioner's reply, if any, is due ten business days after the response is filed. The Court will set a hearing, if necessary.

The Clerk of the Court is also directed to email a courtesy copy of the petition (Doc. 1) and this order to USANM.Civil.Immigration@usdoj.gov.

_____
Laura Fashing
U.S. Magistrate Judge